# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

|  |  |
|---|---|
| HASSANE FAM, | Case No. 2:26-cv-12182 |
| Petitioner, |  |
|  | Hon. Brandy R. McMillion |
| v. |  |
| KEVIN RAYCRAFT, in his official capacity as Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement; |  |
| MAT KING, in his official capacity as Sheriff, of St. Clair County Jail; |  |
| MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; |  |
| U.S. DEPARTMENT OF HOMELAND SECURITY; |  |
| TODD BLANCHE, in his official capacity as Acting U.S. Attorney General; |  |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, |  |
| Respondents. |  |

**STIPULATED ORDER GRANTING PETITIONER'S COUNSEL'S UNOPPOSED APPLICATION TO WAIVE THE LOCAL COUNSEL REQUIREMENT UNDER E.D. MICH. L.R. 83.20(F)(1)**

On July 1, 2026, counsel to Petitioner Hassane Fam filed an Unopposed Application to Waive the Local Counsel Requirement Under E.D. Mich. L.R. 83.20(f)(1). For good cause shown, the Court GRANTS the application and waives Petitioner's counsel's obligation to specify local counsel under L.R. 83.20(f)(1).

**IT IS SO ORDERED.**

Dated:  July 8, 2026

s/Brandy R. McMillion
Hon. Brandy R. McMillion
United States District Judge

Stipulated and agreed to by:

/s/ Austin S. Martin
Austin S. Martin (DC 1779576)
Massey & Gail LLP
1000 Maine Ave. SW
Suite 400
Washington, DC 20024
amartin@masseygail.com
(202) 652-4511

*Counsel for Petitioner*

Jerome F. Gorgon, Jr.
United States Attorney

/s/ Zak Toomey (with consent)
Zak Toomey (MO61618)
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
(313) 226-9617
zak.toomey@usdoj.gov

*Counsel for Respondents*

Dated: July 1, 2026

2